IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GEORGE B. FOSTER, JR.                                                                          PLAINTIFF

v.                                          Case No. 4:10-CV-04115

WARDEN TURNER, Miller County
Detention Center; MRS. HOLLIVERSE,
Commissary, Miller County Detention
Center; and SHERIFF STOVALL                                                            DEFENDANTS

**O R D E R**

On this 6th day of September 2011, there comes on for consideration the Report and Recommendations (Doc. 23) filed in this case on August 4, 2011, by the James R. Marschewski, United States Magistrate for the Western District of Arkansas.  More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, Plaintiff's claims are **DISMISSED** for failure to obey an order of the Court and failure to prosecute this action. Fed. R. Civ. P. 41(b).

IT IS SO ORDERED this 6th day of September 2011.

/s/ P. K. Holmes, III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE